# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA VALDEZ, | ) | 1:09cv01353 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL LAW OFFICES, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Patricia Valdez ("Plaintiff") filed the instant action under the Fair Debt Collection Practices Act on August 3, 2009. The Clerk entered default against Defendant Paul Law Offices on October 28, 2009.

On November 23, 2009, Plaintiff filed a motion for default judgment. The motion was heard on February 19, 2010. As explained at the hearing, the Court removed the motion from calendar based on evidentiary deficiencies in Plaintiff's motion.

As of the date of this order to show cause, Plaintiff has not re-noticed the motion for default judgment or otherwise contacted the Court regarding the status of the action.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why this action should not be dismissed for failure to prosecute. Plaintiff SHALL file a written response to this order to show cause within fourteen (14) days of the date of service of this order.

1  If Plaintiff fails to comply with this order, the action will be dismissed for failure to
2 prosecute.
3  IT IS SO ORDERED.
4  Dated:   May 10, 2010                             /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE