# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA VALDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL LAW OFFICES,<br><br>        Defendant. | 1:09cv01353 OWW DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 20)<br><br>ORDER REGARDING DISPOSITIONAL DOCUMENTS |

Plaintiff Patricia Valdez ("Plaintiff") filed the instant action under the Fair Debt Collection Practices Act on August 3, 2009.  The Court issued an order to show cause on May 11, 2010, requiring Plaintiff to demonstrate why this action should not be dismissed for failure to prosecute.

On May 18, 2010, Plaintiff filed a notice of settlement.  Accordingly, the Order to Show Cause is DISCHARGED.  Plaintiff SHALL file dispositional documents within thirty (30) days of the date of service of this order.  If Plaintiff fails to file dispositional papers pursuant to this order, the failure may be grounds for the imposition of sanctions.  Local Rule 160(b).

IT IS SO ORDERED.

Dated: **May 20, 2010**                         /s/ **Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE