**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| PATRICIA VALDEZ, | Case No.: 1:09-cv-01353-OWW-DLB |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| PAUL LAW OFFICES, | |
| Defendant. | |

Based on the Voluntary Dismissal filed by Plaintiff and pursuant to Fed. R. Civ. P. 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   **June 18, 2010**                             **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE